SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
JIM SHARP
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
  JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

December 30, 2014

Jack Lawrence
5660 Winfree
Beaumont, TX 77705
* DELIVERED VIA E-MAIL *

Wayln G. Thompson
Assistant Criminal District Attorney
Jefferson County Courthouse
1001 Pearl St Ste 300
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Joshua Booker Lomax
Jefferson County Correctional Facility
I.D. # 289825
5030 Hwy 69 South
Beaumont, TX 77705

Deborah Ann Manes
Jefferson County District Attorney
Assistant District Attorney
1001 Pearl St Ste 300
Beaumont, TX 77701-3549
* DELIVERED VIA E-MAIL *

**RE:** **Court of Appeals Number:** 01-13-00915-CR     **Trial Court Case Number:** 13-17252

**Style:** Joshua Booker-Lomax
v.
The State of Texas

The First Court of Appeals has set the above cause for submission **January 27, 2015**, before a panel consisting of Chief Justice Radack, Justice Bland and Justice Huddle, subject to change by the Court.

**The parties have waived oral argument.**

Parties are encouraged to sign up for automated e-mail notices on the "CaseMail" page of the Court's website.(http://www.1stcoa.courts.state.tx.us).

Sincerely,

Christopher A. Prine, Clerk of the Court

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001372104 DEC. 30. 2014

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RECEIVED



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 20 2015

CHRISTOPHER A. PRINE
CLERK

CASE NO. 01-13-00915-CR
JOSHUA ROOKER LOMAX
JEFFERSON COUNTY CORRECTIONAL FACILITY
I.D. # 289823
5030 HWY 69 SOUTH
BEAUMONT, TX 77705

NIXIE            77705200B-1N            01/11

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER